IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INGERAT SWIFT, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN OF THE DOUGLAS COUNTY CORRECTION CENTER, <br><br> Respondent. | 8:20CV354 <br><br> MEMORANDUM AND ORDER |

This matter is before the court on Petitioner Ingerat Swift's Petition for Writ of Habeas Corpus (filing 1) which has been docketed as an action brought pursuant to 28 U.S.C. § 2241. However, this matter will not proceed further until Petitioner cures the deficiencies discussed below.

First, Petitioner failed to include the $5.00 filing fee. Petitioner has the choice of either submitting the $5.00 fee to the clerk's office or submitting a request to proceed in forma pauperis. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. Failure to take either action within 30 days will result in the court dismissing this case without further notice to Petitioner.

Second, Petitioner has not signed the petition under penalty of perjury.[1] *See, e.g.* 28 U.S.C. § 2242 and Rule 2(c)(5) of the *Rules Governing Section 2254 Cases in the United States District Courts*.[2]

---

[1] In fact, it appears that someone else has signed Petitioner's name on the petition. The petition was dropped off in person to the clerk's office and signed at the counter, but a search of the inmate roster of the Douglas County Department of Corrections shows that Petitioner is in custody at that facility. *See* https://corrections.dccorr.com/inmate-


Third, a habeas corpus petition must "substantially follow either the form appended to [the *Rules Governing Section 2254 Cases in the United States District Courts*], or a form prescribed by a local district-court rule." *See* Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts*. Here, Petitioner did not use the Form AO 242 Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. Rather, a two-page, hand-written document was submitted that does not clearly indicate the judgment challenged or the grounds alleged.

Based on these deficiencies, Petitioner's petition is deemed insufficient and the court will not act upon it. However, on the court's own motion, Petitioner will have 30 days in which to file an amended petition for writ of habeas corpus. To be clear, Petitioner must (1) either pay the $5.00 fee or submit a request to proceed in forma pauperis and (2) file an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 that is originally signed under the penalty of perjury. The court will direct the clerk of the court to send to Petitioner the AO 242 Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

IT IS THEREFORE ORDERED that:

1. Petitioner is directed to submit the $5.00 fee to the clerk's office or submit a request to proceed in forma pauperis by **October 2, 2020**. Failure to take either action will result in dismissal of this matter without further notice.

2. The pending Petition (filing 1) is deemed insufficient and the court will not act upon it.

---

locator. The facility's records also show that Petitioner's data number is 0401476, which the court will direct the clerk's office to include in Petitioner's address information.

[2] Rule 1(b) of the *Rules Governing Section 2254 Cases in the United States District Courts* allows the court to apply those rules to a section 2241 action.

3. By **October 2, 2020**, Petitioner shall file an amended petition for writ of habeas corpus that is originally signed under penalty of perjury. Petitioner is encouraged to use the enclosed official Form AO242. To avoid confusion, any document Petitioner sends to the clerk of the court for filing in this case must clearly display the case number. Failure to file an amended petition in accordance with this Memorandum and Order will result in dismissal of this matter without further notice.

4. The clerk of the court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") and the Form AO242 Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

5. The clerk of the court is directed to update Petitioner's address information to include his Douglas County Department of Corrections data number, 0401476.

6. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **October 2, 2020**: Check for MIFP or payment and amended petition.

Dated this 2nd day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge


3. By **October 2, 2020**, Petitioner shall file an amended petition for writ of habeas corpus that is originally signed under penalty of perjury. Petitioner is encouraged to use the enclosed official Form AO242. To avoid confusion, any document Petitioner sends to the clerk of the court for filing in this case must clearly display the case number. Failure to file an amended petition in accordance with this Memorandum and Order will result in dismissal of this matter without further notice.

4. The clerk of the court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") and the Form AO242 Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

5. The clerk of the court is directed to update Petitioner's address information to include his Douglas County Department of Corrections data number, 0401476.

6. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **October 2, 2020**: Check for MIFP or payment and amended petition.

Dated this 2nd day of September, 2020.

BY THE COURT:

*Richard G. Kopf* (signature)

Richard G. Kopf
Senior United States District Judge